United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVARO COVARRUBIAS PEREZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MACIAS, et al.,<br><br>　　　　Defendants. | Case No. 24-cv-02725-TLT<br><br>**SUA SPONTE ORDER OF REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

In accordance with Civil Local Rule 3-12(c), the above-entitled case is REFERRED to the Honorable P. Casey Pitts for consideration of whether the case is related to *Falcon v. Koenig, et al.*, Case No. 22-cv-06978 PCP.

**IT IS SO ORDERED.**

Dated: October 1, 2025

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　TRINA L. THOMPSON
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge